**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H&H METALS CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, and DELTA MINERALS TRADING SARL, <br><br> *Defendants.* | Case No. 1:26-cv-01054-JMF <br><br><br> **DECLARATION OF SHAWN P. BARNES IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

I, SHAWN P. BARNES, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney duly admitted to practice before this Court and a partner at the law firm of Calcagni & Kanefsky, LLP, counsel of record for Plaintiff H&H Metals Corp. ("H&H") in the above-captioned action.  I submit this Declaration in support of H&H's Request for the entry of a Clerk's Certificate of Default against Defendant Ashishkumar Balvantbhai Patel ("Defendant Patel") pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1.  I am over the age of eighteen and make this Declaration based on my personal knowledge, on the records and files of this action, and on information available to me in my representation of H&H.

**THE ACTION AND SERVICE OF PROCESS**

2.     On February 6, 2026, H&H commenced this action by filing a Complaint against Defendant Patel and four other defendants. (ECF No. 1.) The Complaint asserts seven causes of action, including: fraudulent inducement, fraud, breach of contract, breach of guaranty, and fraudulent conveyance, all arising from a multi-million dollar fraud scheme directed at H&H. Personal jurisdiction over Defendant Patel is grounded in his contractual consent in the Patel Naya

1

Guaranty and Patel Delta Guaranty, his purposeful and intentional targeting of his fraudulent activities to a business headquartered in this District, and through other contacts with this District, including a personal bank account at Community Federal Savings Bank in New York, New York. (Compl. ¶¶ 14, 20, 70).

3. The Summons was issued by the Clerk of this Court on February 9, 2026. (ECF No. 10). A copy of the Summons is annexed hereto as **Exhibit A** to this Declaration.

4. On April 14, 2026, Defendant Patel was personally served with the Summons, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Complaint, and Exhibits A through V thereto, at the offices of Stewarts Law LLP, 5 New Street Square, London EC4A 3BF, England, by Mr. Dominic Bacon, a Solicitor of the Senior Courts of England and Wales. Service was effected pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and Articles 10(b) and (c) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. The requirements of Federal Rule of Civil Procedure 4 have therefore been satisfied with respect to Defendant Patel. *See* Local Civil Rule 55.1(a)(2)(a).

5. Proof of service was filed on April 28, 2026, (ECF No. 15), and consisted of (a) the AO 440 Proof of Service signed by Mr. Bacon under penalty of perjury on April 17, 2026, and (b) the Declaration of Dominic Bacon Pursuant to 28 U.S.C. § 1746 in Support of Proof of Service, executed on April 21, 2026, in London, England (the "Bacon Declaration"). True and correct copies of the AO 440 Proof of Service and the Bacon Declaration are annexed as Exhibits B and C to this Declaration, respectively.

**DEFENDANT PATEL'S FAILURE TO PLEAD OR OTHERWISE DEFEND**

6.      Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Patel was required to serve an answer or otherwise respond to the Complaint within twenty-one (21) days after service of the Summons and Complaint — that is, on or before May 5, 2026.

7.      As of the date of this Declaration, Defendant Patel has not answered, moved with respect to, or otherwise responded to the Complaint. He has not filed a notice of appearance in this action. No counsel has entered an appearance on his behalf. The time within which Defendant Patel was required to respond has expired and has not been extended. Defendant Patel has therefore "failed to plead or otherwise defend" within the meaning of Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1(a)(2)(b).

**STATUS OF DEFENDANT PATEL**

8.      Upon information and belief, based on the allegations of the Complaint (¶ 14), the records of the United Kingdom Companies House, Defendant Patel's correspondence with H&H and its counsel between February and April 2026, and his appearance in person at the offices of Stewarts Law LLP on April 14, 2026, Defendant Patel is an adult, competent individual. He is not an infant or an incompetent person within the meaning of Federal Rule of Civil Procedure 17(c).

9.      Upon information and belief, based on Defendant Patel's residence and business activities in the United Kingdom and Morocco (Compl. ¶ 14), and his correspondence and conduct from February through April 2026 (Bacon Decl. ¶¶ 7–16), Defendant Patel is **not** in the active military service of the United States of America within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931(b)(1).

3

## REQUEST FOR RELIEF

10.    Based on the foregoing, H&H respectfully requests that the Clerk note the default of Defendant Ashishkumar Balvantbhai Patel pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, and issue a Clerk's Certificate of Default in the form annexed hereto.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on May 8, 2026 in Newark, New Jersey.

_____
**Shawn P. Barnes, Esq.**
Calcagni & Kanefsky, LLP
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102

4

## LIST OF EXHIBITS

**Exhibit A:**   Summons in a Civil Action issued February 9, 2026 (ECF No. 10)

**Exhibit B:**   AO 440 Proof of Service signed by Dominic Bacon (April 17, 2026)

**Exhibit C:**   Declaration of Dominic Bacon Pursuant to 28 U.S.C. § 1746 in Support of Proof of Service (April 21, 2026)