**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H&H METALS CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, and DELTA MINERALS TRADING SARL, <br><br> *Defendants.* | Case No. 1:26-cv-01054-JMF <br><br> **REQUEST FOR CERTIFICATE OF DEFAULT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Plaintiff H&H Metals Corp. ("H&H"), by and through its undersigned counsel, respectfully requests, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1, that the Clerk of the Court note the default of Defendant Ashishkumar Balvantbhai Patel ("Defendant Patel") and issue a Clerk's Certificate of Default against Defendant Patel.

In support of this request, H&H submits herewith: (i) the Declaration of Shawn P. Barnes, Esq. in Support of Request for Certificate of Default; (ii) a proposed Clerk's Certificate of Default; and (iii) a Certificate of Service confirming that this request and the supporting declaration have been served on Defendant Patel at his last known residential addresses.

Respectfully submitted,

**CALCAGNI & KANEFSKY, LLP**

Dated: May 8, 2026          By: _____
Newark, New Jersey          Shawn P. Barnes, Esq.
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(973) 735-2750
sbarnes@ck-litigation.com
*Attorneys for Plaintiff H&H Metals Corp.*