**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*H&H Metals Corp. v. Patel et al.*
Case No. 1:26-cv-01054-JMF

# EXHIBIT A

## Summons in a Civil Action

*Issued by the Clerk of the United States District Court for the Southern District of New York on February 9, 2026, directed to Defendant Ashishkumar Balvantbhai Patel*

*Annexed to the Declaration of Shawn P. Barnes*
*in Support of Request for Certificate of Default*
May 6, 2026

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| H&H METALS, CORP., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-1054 |
| ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, AND DELTA MINERALS TRADING SARL, | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ASHISHKUMAR BALVANTBHAI PATEL

9 Padda Court, Wickford, Essex, United Kingdom; and

Residence Palace 3, Etage 1, Apartment 1, 48 Avenue Ahmed Charci, Casablanca, Morocco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shawn P. Barnes, Esq.
Calcagni Kanefsky, LLP
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersy 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/09/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1054

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*H&H Metals Corp. v. Patel et al.*
Case No. 1:26-cv-01054-JMF

# EXHIBIT B

## AO 440 Proof of Service

*Completed and signed under penalty of perjury by Mr. Dominic Bacon, Solicitor*
*of the Senior Courts of England and Wales, on April 17, 2026*

*Annexed to the Declaration of Shawn P. Barnes*
*in Support of Request for Certificate of Default*
May 6, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| H&H METALS, CORP.,<br><br>_____<br>_Plaintiff(s)_<br>v.<br>ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, AND DELTA MINERALS TRADING SARL,<br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-1054 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ASHISHKUMAR BALVANTBHAI PATEL

9 Padda Court, Wickford, Essex, United Kingdom; and

Residence Palace 3, Etage 1, Apartment 1, 48 Avenue Ahmed Charci, Casablanca, Morocco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Shawn P. Barnes, Esq.
Calcagni Kanefsky, LLP
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersy 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    02/09/2026                                   /s/ P. Canales
                                                     _Signature of Clerk or Deputy Clerk_

_Tammi M. Hellwig_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1054

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ASHISHKUMAR BALVANTBHAI PATEL

was received by me on *(date)*    February 17, 2026    .

☒ I personally served the summons on the individual at *(place)*    Stewarts Law LLP, 5 New Street Square, London EC4A 3BF, England    on *(date)*    April 14, 2026    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $    0.00    for travel and $    0.00    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    April 17, 2026

_____
*Server's signature*

DOMINIC BACON, Solicitor / Managing Director
_____
*Printed name and title*


One, Glass Wharf, Bristol, BS2 0ZX, United Kingdom
_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*H&H Metals Corp. v. Patel et al.*
Case No. 1:26-cv-01054-JMF

# EXHIBIT C

## Declaration of Dominic Bacon

*Pursuant to 28 U.S.C. § 1746, in Support of Proof of Service — Executed April 21, 2026 in London, England*

*Annexed to the Declaration of Shawn P. Barnes*
*in Support of Request for Certificate of Default*
May 6, 2026

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

H&H METALS CORP.,

Plaintiff,

-against-

ASHISHKUMAR BALVANTBHAI PATEL, et al.,

Defendants.

Case No. 1:26-cv-01054-JMF

DECLARATION OF DOMINIC BACON

PURSUANT TO 28 U.S.C. § 1746

IN SUPPORT OF PROOF OF SERVICE

UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND

CITY OF LONDON

I, DOMINIC BACON, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

## INTRODUCTION

1. I am a solicitor qualified in England and Wales and the Managing Director of Squaring the Circle Limited. I have been retained by H&H Metals Corp. ("Plaintiff" or "H&H") in connection with, among other matters, the service of process upon Defendant Ashishkumar Balvantbhai Patel ("Mr. Patel" or "Defendant Patel") in the above-captioned action.

2. I am over the age of 18 and am not a party to this action. I make this declaration based upon my personal knowledge and in support of proof of service upon Defendant Patel.

## FAMILIARITY WITH DEFENDANT PATEL

3. I am personally familiar with Defendant Patel from prior interactions, during which Mr. James W. Holme, President of H&H, and Mr. Eric Frawley, a Manager at H&H, were personally present and identified the Defendant, confirming his identity.

4. Defendant Patel is a male. His appearance was similar to the photo in the passport copy provided to me by H&H.

## BACKGROUND TO SERVICE

5. Beginning on or about March 3, 2026, professional process servers were instructed by H&H's English lawyers to attempt personal service upon Defendant Patel at six addresses in England associated with him. Personal service could not be effected at any of those addresses.

6. Defendant Patel represented on multiple occasions that he was outside the jurisdiction, variously claiming to be in India and other countries. However, Home Location Register ("HLR") network searches conducted on Defendant Patel's three known UK mobile telephone numbers (07595 119000, 07960 000909, and 07949 512890) on March 5, 6, 9, 18, and 19, 2026 indicated that all three numbers had a status of "LIVE" and were registered on United Kingdom cellular networks (Telefonica UK / Virgin Media O2 and EE Limited) with the current country shown as the United Kingdom on each date tested. He was offered four separate appointments for personal service (March 18, March 19, April 7, and April 14, 2026) and did not attend any of the first three. On April 7, 2026, rather than attending personally, he attempted to send a Registered Foreign Lawyer to accept service on his behalf. As H&H required personal service on Mr. Patel, Mr. Patel agreed to attend himself on April 14.

## PERSONAL SERVICE ON APRIL 14, 2026

7. Following the unsuccessful service attempts described above, I arranged a meeting with Defendant Patel at the offices of Stewarts Law LLP, 5 New Street Square, London EC4A 3BF, England, for April 14, 2026 at 2:00 PM. The meeting was arranged for the purpose of effecting personal service of legal proceedings upon Defendant Patel.

8. On April 13, 2026, I emailed Defendant Patel asking him to confirm that he would attend the following day. He replied the same evening confirming his attendance.

9. On April 14, 2026 at 11:11 AM (London time), I sent a further email to Defendant Patel confirming the 2:00 PM appointment. He replied at 1:19 PM stating he was on his way.

10. On April 14, 2026 at approximately 2:00 PM (London time), Defendant Patel attended the offices of Stewarts Law LLP. Also present was Ms. Astrid Gillam, an Associate Solicitor at Stewarts Law LLP.

11. Upon his arrival, I greeted Defendant Patel by name. He acknowledged the greeting and responded. I am satisfied that the individual who attended is the same person I am familiar with from prior interactions, and the same individual named as a Defendant in this action.

12. At approximately 2:05 PM (London time), I personally handed Defendant Patel the Summons, Civil Cover Sheet, Rule 7.1 Corporate Disclosure Statement, Complaint, and Exhibits A through V thereto (together, the "SDNY Proceedings"), filed in this action (Case No. 1:26-cv-01054-JMF, United States District Court for the Southern District of New York).

13. As I handed the documents to Defendant Patel, I explicitly confirmed that the documents included the SDNY Proceedings. Defendant Patel took possession of the documents willingly.

14. Ms. Gillam, having been present to witness service only, then left the room. Defendant Patel and I continued to discuss the matter for approximately twenty minutes.

15. During the discussion, Defendant Patel asked whether the documents could be sent to him by email or post instead. I advised Mr. Patel that he should retain the physical documents he had just been handed. Mr. Patel agreed and retained all the documents.

16. Defendant Patel departed the offices of Stewarts Law LLP in possession of all the documents referred to in paragraph 12 above.

**PROPER SERVICE UNDER THE LAWS OF ENGLAND AND WALES**

17. I am a Solicitor of the Senior Courts of England and Wales, admitted to the roll held by the Solicitors Regulation Authority. Under Part 6 of the Civil Procedure Rules 1998, personal service of a document upon an individual in England and Wales is effected by leaving the document with that individual. The actions described above, in which I personally handed the SDNY Proceedings to Defendant Patel at the offices of Stewarts Law LLP and he retained them, constitute personal service under the Civil Procedure Rules 1998.

**CONCLUSION**

18. Personal service of the SDNY Proceedings was effected upon Defendant Patel on April 14, 2026 at approximately 2:05 PM (London time) at the offices of Stewarts Law LLP, 5 New Street Square, London EC4A 3BF, England.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on 21 April 2026 in London, England.


**DOMINIC BACON**
Solicitor / Managing Director
Squaring the Circle Limited
One, Glass Wharf, Bristol, BS2 0ZX
United Kingdom