**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

H&H METALS CORP.,

        *Plaintiff,*

    v.

ASHISHKUMAR BALVANTBHAI PATEL,
ABDELATTIF ASRI, AIM HOLDING SARL,
NAYA MINES SARL, and DELTA
MINERALS TRADING SARL,

        *Defendants.*

Case No. 1:26-cv-01054-JMF

**CERTIFICATE OF SERVICE**

I, Shawn P. Barnes, hereby certify that on May 8, 2026, I caused a true and correct copy of the foregoing (i) Request for Certificate of Default; (ii) Declaration of Shawn P. Barnes in Support of Request for Certificate of Default, with Exhibits A, B, and C; and (iii) Proposed Clerk's Certificate of Default, to be served upon Defendant Ashishkumar Balvantbhai Patel at his last known residential and email addresses, pursuant to Local Civil Rule 55.1(a)(4), as follows:

**<u>BY INTERNATIONAL EXPRESS MAIL (WITH TRACKING)</u>**

Mr. Ashishkumar Balvantbhai Patel
Flat 9 Padda Court
Irvon Hill Road
Wickford, Essex SS12 0AQ
United Kingdom
*(address of record on the Summons (ECF No. 10); address provided by Defendant in his personal guaranties annexed as Exhibits H and I to the Complaint (ECF No. 1))*

Mr. Ashishkumar Balvantbhai Patel
Residence Palace 3, Etage 1, Apartment 1
48 Avenue Ahmed Charci
Casablanca, Morocco
*(address of record on the Summons (ECF No. 10); residential address provided by Defendant to H&H on a Moroccan identification document)*

1

Mr. Ashishkumar Balvantbhai Patel
65 Crown Hill
Rayleigh, Essex SS6 7HQ
United Kingdom
*(residential address associated with Defendant per investigation conducted by Fairclough & Partners, professional process servers retained by H&H's English counsel)*

Mr. Ashishkumar Balvantbhai Patel
33 Goodmayes Road
Ilford, Essex IG3 9UH
United Kingdom
*(commercial premises associated with Defendant)*

Mr. Ashishkumar Balvantbhai Patel
c/o Kap Trading Limited
128 City Road
London EC1V 2NX
United Kingdom
*(registered address of Defendant's company Kap Trading Limited)*

In accordance with Local Civil Rule 55.1(a)(4), if the mailing to the residential addresses set forth above is returned, a supplemental certificate will be filed setting forth that fact, together with the reason provided for return, if any.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026 in Newark, New Jersey.

**Shawn P. Barnes, Esq.**
Calcagni & Kanefsky, LLP
One Newark Center
1085 Raymond Blvd., 18th Floor
Newark, New Jersey 07102
(973) 735-2750
*Attorneys for Plaintiff H&H Metals Corp.*

2