**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H&H METALS CORP., | Case No. 1:26-cv-01054-JMF |
| *Plaintiff,* | |
| v. | **CLERK'S CERTIFICATE OF DEFAULT** |
| ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, and DELTA MINERALS TRADING SARL, | |
| *Defendants.* | |

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 6, 2026, with the filing of a Summons and Complaint by Plaintiff H&H Metals Corp. against, among others, Defendant Ashishkumar Balvantbhai Patel.

A copy of the Summons and Complaint was personally served on Defendant Ashishkumar Balvantbhai Patel on April 14, 2026, at the offices of Stewarts Law LLP, 5 New Street Square, London EC4A 3BF, England, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and Article 10(b) and (c) of the Hague Service Convention. Proof of service was filed on April 28, 2026. (ECF No. 15).

I further certify that the docket entries indicate that Defendant Ashishkumar Balvantbhai Patel has not filed an answer or otherwise moved with respect to the Complaint within the time required by Federal Rule of Civil Procedure 12(a)(1)(A)(i). The default of Defendant Ashishkumar

1

Balvantbhai Patel is hereby noted, pursuant to Federal Rule of Civil Procedure 55(a) and Local

Civil Rule 55.1.


Dated: ____May 13_____, 2026
        New York, New York



                                        **Tammi M. Hellwig**
                                        Clerk of the Court

                                             *K. mango*
                            By:  _____

                                        Deputy Clerk






2