# Exhibit A

**Mohamed MESSAOUDI**
**Sworn Translator**
26, Rue Allal Al Fassi, 3ʳᵈ floor, Suite 7, Casablanca 20000
Phone: +212.522.22.53.28
Email: messmoudi@hotmail.com
IBAN: MA64 007.780.0002562000000230.46
Bank: Attijariwafa Bank - Swift Code: BCMAMAMC

# INVOICE # 00115032026

1.  Attention :

     H&H Metals Corp,
     126 E 56th St, New York,
     NY 10022

2.  Date of issue :

     15 March 2026

3.  Vendor information :

     Mohamed Messaoudi
     26, Rue Allal Al Fassi, Etage 3, Suite 7, Casablanca 20100, Morocco

4.  Payment information :

     Currency for the payment: (MAD)

| Quantity | Designation | Price (MAD) | Total Price (MAD) |
|---|---|---|---|
| 54 pages | Translation of 7 documents Eng→Ar | 12,400.00 | 12,400.00 |
|  |  | TOTAL VAT Excluded | 12,400.00 |

5.  Signature :

Mohamed MESSAOUDI
Sworn Translator

**Mohamed MESSAOUDI**
**Sworn Translator**
26, Rue Allal Al Fassi, 3rd floor, Suite 7, Casablanca 20000
Phone: +212.522.22.53.28
Email: **messmoudi@hotmail.com**
IBAN: MA64 007.780.0002562000000230.46
Bank: Attijariwafa Bank - Swift Code: BCMAMAMC

# INVOICE # 00101042026

1. Attention :

   H&H Metals Corp,
   126 E 56th St, New York,
   NY 10022

2. Date of issue :

   1 April 2026

3. Vendor information :

   Mohamed Messaoudi
   26, Rue Allal Al Fassi, Etage 3, Suite 7, Casablanca 20100, Morocco

4. Payment information :

   Currency for the payment: (MAD)

| Quantity | Designation | Price (MAD) | Total Price (MAD) |
|----------|-------------|-------------|-------------------|
| 60 pages | Translation of exhibits G, K (first 13 pages), M, O, T, H, I, J, P, Q, S Eng→Ar | 19,000.00 | 19,000.00 |
| | | TOTAL VAT Excluded | 19,000.00 |

5. Signature :

Mohamed MESSAOUDI
Sworn Translator

Scanned with CamScanner

Mohamed MESSAOUDI

Sworn Translator

26, Rue Allal Al Fassi, 3rd floor, Suite 7, Casablanca 20000

Phone: +212.522.22.53.28

Email: messmoudi@hotmail.com

IBAN: MA64 007.780.0002562000000230.46

Bank: Attijariwafa Bank - Swift Code: BCMAMAMC

# INVOICE # 00120042026

1. Attention :

H&H Metals Corp,
126 E 56th St, New York,
NY 10022

2. Date of issue :

20 April 2026

3. Vendor information :

Mohamed Messaoudi
26, Rue Allal Al Fassi, Etage 3, Suite 7, Casablanca 20100, Morocco

4. Payment information :

Currency for the payment: (MAD)

| Quantity | Designation | Price (MAD) | Total Price (MAD) |
|---|---|---|---|
| 172 pages | 4 copies of translations of exhibits 01-1, 01-2, 01-3, 01-4 and 01-6 Eng→Ar | 4,500.00 | 4,500.00 |
| | | TOTAL VAT Excluded | 4,500.00 |

5. Signature :

Mohamed MESSAOUDI
Sworn Translator

Scanned with CamScanner