**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H&H METALS CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> ASHISHKUMAR BALVANTBHAI PATEL, ABDELATTIF ASRI, AIM HOLDING SARL, NAYA MINES SARL, and DELTA MINERALS TRADING SARL, <br><br> *Defendants.* | Case No. 1:26-cv-01054-JMF <br><br><br> **CERTIFICATION OF SERVICE AS TO ASHISHKUMAR BALVANTBHAI PATEL** |

I, SHAWN P. BARNES, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney duly admitted to practice before this Court and I am a partner with the law firm of Calcagni & Kanefsky, LLP, counsel of record for Plaintiff H&H Metals Corp. ("H&H") in the above-captioned action.

2.      I submit this Certification as to Service of: (1) the Court's Order dated May 11, 2026 (ECF No. 17); and (2) Plaintiff's Letter Motion to Extend the Time for Service, upon Defendant Ashishkumar Balvantbhai Patel.

3.      I caused true and accurate copies of: (i) the Court's Order dated May 11, 2026 (ECF No. 17) to be served on Defendant Ashishkumar Balvantbhai Patel on May 12, 2026; and (ii) Plaintiff's May 13, 2026 Letter Motion Seeking to Extend the Time for Service (with supporting documents) to be served on Defendant Ashishkumar Balvantbhai Patel on May 13, 2026.  Both documents were served upon Defendant Ashishkumar Balvantbhai Patel by international express

1

mail (with tracking) and were transmitted as courtesy copies to a known representative of Defendant Patel in the United Kingdom, by the methods and at the addresses set forth below:

4. By International Express Mail (With Tracking):

a. Mr. Ashishkumar Balvantbhai Patel, Flat 9 Padda Court, Irvon Hill Road, Wickford, Essex SS12 0AQ, United Kingdom;

b. Mr. Ashishkumar Balvantbhai Patel, Residence Palace 3, Etage 1, Apartment 1, 48 Avenue Ahmed Charci, Casablanca, Morocco;

c. Mr. Ashishkumar Balvantbhai Patel, 65 Crown Hill, Rayleigh, Essex SS6 7HQ, United Kingdom;

d. Mr. Ashishkumar Balvantbhai Patel, 33 Goodmayes Road, Ilford, Essex IG3 9UH, United Kingdom;

e. Mr. Ashishkumar Balvantbhai Patel, c/o Kap Trading Limited, 128 City Road, London EC1V 2NX, United Kingdom; and

f. Mr. Ashishkumar Balvantbhai Patel, Flat 6 Forest Mews, 99 Sparsholt Road, Barking, Essex IG11 7YG, United Kingdom.

5. Courtesy Copy to Mr. Emmanuel Chukwuma – By International Express Mail (with Tracking) and Electronic Mail:

a. Mr. Emmanuel Chukwuma,[1] Registered Foreign Lawyer, 12 Leven Close, Watford WD19 6XF, United Kingdom, emmanuelchukwuma92@gmail.com.

---

[1] Mr. Chukwuma is a Registered Foreign Lawyer in the United Kingdom whom Defendant Patel has identified as his lawyer in contemporaneous WhatsApp communications providing this address. There has been no representation made or relied upon that Mr. Chukwuma is counsel for Defendant Patel in this action, or that he holds the necessary licenses and/or admissions to represent Patel in this matter.

6.      In accordance with Local Civil Rule 55.1(a)(4), if any mailing to a residential address set forth above is returned, a supplemental certificate will be filed setting forth that fact, together with the reason provided for return, if any.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 13, 2026  
       Newark, New Jersey

                Shawn P. Barnes, Esq.  
                *Attorney for Plaintiff H&H Metals Corp.*