

SHAWN BARNES PARTNER

📞 862.233.8320 | ✉ sbarnes@ck-litigation.com | 🌐 ck-litigation.com

June 30, 2026

Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 24B
New York, New York 10007

**Re.:    H&H Metals Corp. v. Ashishkumar Balvantbhai Patel, et al.**
**Civil Case No. 26-CV-1054 (JMF)**

Dear Judge Furman:

This Firm represents Plaintiff H&H Metals Corp. ("H&H") in the above-captioned matter. We write to provide the Court with an update as to the status of service, as instructed in the Court's May 13, 2026 Order.  ECF No. 22.

### Background

Plaintiff initiated this matter by filing a complaint on or about February 6, 2026 (the "Complaint").  See ECF No. 1.  The Complaint names five (5) individuals and entities as captioned defendants – all five are foreign defendants and located outside of the United States.

Defendant **Ashishkumar Balvantbhai Patel** is the only Defendant residing and/or located outside of the Kingdom of Morocco.  Defendant Patel was personally served in London, England on April 14, 2026, pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii) and Article 10 of the Hague Service Convention (the "Convention"). Proof of service was filed on April 28, 2026. ECF No. 15. Defendant Patel's response to the Complaint was due on May 5, 2026.  As of this writing, Patel has not appeared, defended, or otherwise communicated his intentions with respect to the Complaint.  The Clerk entered a Certificate of Default against Patel on May 13, 2026.  ECF No. 20.

The four remaining Defendants are located in the Kingdom of Morocco.  More specifically:

- **Abdelattif Asri**, an individual, has two known addresses: 154 Lot El Karam, Midelt, Morocco; and Miniere Nejma SARL, 37 Angle Rues Brahim Roudani et Nador, Mohammdia, Morocco (see ECF No. 13);

One Newark Center, 1085 Raymond Blvd., 18th Floor, Newark, NJ 07102 | 85 Broad Street, Suite 17031, New York, NY 10004 | 862.397.1796

Status Letter to the Honorable Jesse M. Furman, United States District Judge, June 30, 2026
Page 2 of 2

- **AIM Holding SARL**[1], an entity, has one known location: IMM 267 OP Ferdaous GH 28, 2 Etage Apt. No. 8 Oulfa, Casablanca, Morocco (<u>see</u> ECF No. 9);

- **Naya Mines SARL**, an entity, has one known location: 23 Bd Okba Bnou Nafi, Hay Mohammadi, Casablanca, Morocco (<u>see</u> ECF No. 12); and

- **Delta Minerals Trading SARL**, an entity, has one known location: 75 Rue Saint Saens 1er Etage, Apartment 1 Belvedere, Casablanca, Morocco (<u>see</u> ECF No. 11).

Pursuant to Fed. R. Civ. P.  4(f) and 4(h)(2), proper service must be accomplished through the Hague Service Convention.  Unlike the United Kingdom, Morocco has objected to Article 10 of the Convention, which forecloses direct service by mail, by judicial officers, or by private process servers.  The exclusive means of valid service in Morocco is, therefore, through its designated Central Authority, which in turn requires that all documents to be served be translated into Arabic pursuant to Article 5(3) of the Convention.

Translation of the full package of documents to be served through the Hague Service Convention is nearing completion.  Indeed, since Plaintiff's May 13, 2026 correspondence, all but two documents (out of several hundred pages) have been officially translated into Arabic.  The company responsible for the translations has assured Plaintiff that the remaining two translations would be completed this week, and, Plaintiff received the final two translations late this afternoon.  Plaintiff is now preparing to transmit the complete package to Morocco's Central Authority for service under the Convention.

As outlined above, Plaintiff has exercised diligence in our efforts to serve the four Defendants in Morrocco.  We will continue to act diligently as we finalize and submit the papers for service via the Hague Service Convention.

\* \* \*

We thank Your Honor for the Court's consideration.

Respectfully submitted,

Shawn Barnes, Partner
Calcagni & Kanefsky LLP

---

[1]    A Société à Responsabilité Limitée, or SARL, is a type of limited liability company in Morocco, commonly used for small and medium-sized enterprises.