UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

H&H METALS, CORP.,                   :

                      Plaintiff,      :            26-CV-1054 (JMF)

           -v-              :              ORDER

                                      :

ASHISHKUMAR BALVANTBHAI PATEL et al.,   :

                                    :

                  Defendants.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's July 1, 2026 Order, ECF No. 25, Plaintiff was required to file a letter updating the Court on the status of service no later than **August 3, 2026**. To date, Plaintiff has not filed any status report. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 11, 2026**. Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  August 4, 2026
         New York, New York                                   
                                         JESSE M. FURMAN
                                 United States District Judge