UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

H&H METALS, CORP.,

Plaintiff,

-v-

ASHISHKUMAR BALVANTBHAI PATEL et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-1054 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 18, 2026 Order, ECF No. 25, Plaintiff was required to file a letter updating the Court on the status of service no later than **September 14, 2026**. To date, Plaintiff has not filed any status report. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 5, 2026**. Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: October 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge