UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H&H METALS, CORP.,<br><br>Plaintiff,<br><br>-v-<br><br>ASHISHKUMAR BALVANTBHAI PATEL et al.,<br><br>Defendants. | 26-CV-1054 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's October 21, 2026 Default Judgment Scheduling Order, *see* ECF No. 33, Plaintiff was required to "serve [Defendant Ashishkumar Balvantbhai Patel] via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of [the October 21, 2026] Order within one business day of the filing of each document." *Id.* at 2. The Court's Order further declared that, "within two business days of service, Plaintiff must file proof of such service on the docket." *Id.*

To date, Plaintiff has not filed proof of such service on the docket. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 4, 2026**. Failure to file proof of service of the foregoing documents by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JESSE M. FURMAN
United States District Judge